Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Secaucus Board of Education and Jennifer Montesano
Our File No.  92265 ELH

| TONI ANN PALMISANO<br><br>Plaintiff,<br><br>V.<br><br>SECAUCUS BOARD OF EDUCATION; JENNIFER MONTESANO, SUPERINTENDENT OF SCHOOLS, JOHN AND JANE DOES 1-10; ABC CORPORATIONS 1-10<br><br>Defendants | UNITED STATES DISTRICT COURT- DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 2:22-CV-03905-ES-LDW<br><br>Civil Action<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANTS SECAUCUS BOARD OF EDUCATION AND JENNIFER MONTESANO TO ANSWER OR OTHERWISE PLEAD** |
|---|---|

**THIS MATTER** having come before the Court by Methfessel & Werbel, Esqs., attorneys for Secaucus Board of Education and Jennifer Montesano, and Michael A. D'Aquanni, Esq. , affixing his consent hereto,

**IT IS** on this  21st   day of      July         ; 2022

**ORDERED** that Defendants Secaucus Board of Education and Jennifer Montesano are permitted to file and serve their answer or to otherwise plead on or before August 19, 2022; and it is further

**ORDERED** that a copy of this Order shall be deemed served by the uploading of this Order via electronic filing.



                Hon. Leda Dunn Wettre, U.S.M.J.

**I HEREBY CONSENT TO THE FORM
AND ENTRY OF THE WITHIN ORDER.**


*/s/ Michael D'Aquanni*
Michael A. D'Aquanni, Esq.
Law Office of Michael A. D'Aquanni, LLC
1481 Oak Tree Road
Iselin, NJ 08830