UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TONI ANN PALMISANO, | : | |
| Plaintiff, | : | CIVIL ACTION: 2:22-cv-03905-ES-LDW |
| v. | : | ORDER FOR DISMISSAL |
| SECAUCUS BOARD OF EDUCATION et al, | : | **CLOSED** |
| Defendants | : | |

It appearing that the above captioned matter having been pending for more than 90 days without any proceedings having been taken therein,

IT IS ON THIS   12th day of   December 2022,

O R D E R E D that the above case is hereby dismissed, pursuant to Local Rule 41.1(a), without prejudice and without costs.

s/Esther Salas
ESTHER SALAS, U.S.D.J.