Steven K. Parness - ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
parness@methwerb.com
Attorneys for Defendants
Secaucus Board of Education and Jennifer Montesano.
Our File No.  92265-ELH

| TONI ANN PALMISANO<br><br>                    Plaintiff,<br><br>V.<br><br>SECAUCUS BOARD OF EDUCATION;<br>JENNIFER MONTESANO, SUPERINTENDENT<br>OF SCHOOLS, JOHN AND JANE DOES 1-10;<br>ABC CORPORATIONS 1-10<br><br>                    Defendants | UNITED STATES DISTRICT COURT-DISTRICT<br>OF NEW JERSY—NEWARK<br>CIVIL ACTION NO.: 2:22-CV-03905-ES-LDW<br><br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH<br>PREJUDICE** |
|---|---|

Plaintiff Toni Ann Palmisano hereby dismisses by way of this Stipulation of
Dismissal any and all claims raised by her against Defendants Secaucus Board of
Education and Jennifer Montesano;, said claims being dismissed with prejudice and
without costs or attorney's fees against any party.

LAW OFFICE OF MICHAEL A. D'AQUANNI, LLC
Attorneys for Plaintiff
Toni Ann Palmisano

METHFESSEL & WERBEL, ESQS.
Attorneys for Defendants
Secaucus Board of Education and
Jennifer Montesano

*s/Michael A. D'Aquanni, Esq.*
_____
Michael A. D'Aquanni, Esq.

_____
Steven K. Parness, Esq.

Dated: 11/14/2022

Dated:   12/13/2022